```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**DWIGHT H. HARLOR III,**

       Plaintiff,

   **v.**                        **Case No. 2:10-CV-989**
                               **Judge Watson**
                               **Magistrate Judge King**

**MOUNT CARMEL EAST HOSPITAL**,
*et al.*,

       Defendants.


<u>ORDER</u>

Plaintiff's counsel has filed a motion for leave to withdraw. *See* Doc. No. 14.  Although plaintiff was granted the opportunity to object to that motion, *Order*, Doc. No. 15, he has made no objection.

The motion for leave to withdraw is **GRANTED.**  The Clerk shall indicate on the docket that plaintiff is no longer represented by counsel:

        Dwight H. Harlor III
        3700 Headleys Mill Rd.
        Pataskala, Ohio 43062
        Phone: (740)927.7876

**The Court will conduct a status conference on December 8, 2011, at 10:30 a.m.**

Plaintiff is **ADVISED** that he may proceed in this action generally and at the December 8, 2011 conference specifically either personally or through substitute counsel. Whether proceeding *pro se* or with the assistance of counsel, however, plaintiff must fully participate in the action; his failure to do so may result in the dismissal of the action for failure to prosecute.

The Clerk shall provide a copy of this *Order* to plaintiff

personally and shall indicate on the docket that the Clerk has done so.

                                                      *s/Norah McCann King*
                                                        Norah M$^c$Cann King
                                       United States Magistrate Judge

November 14, 2011
Date